

**FALLS MANUFACTURING, INC., Appellant,**

v.

**Michael CHERTOFF, Secretary of Homeland Security, Appellee.**

No. 04–1551.

United States Court of Appeals, Federal Circuit.

May 4, 2005.

Before MAYER, Circuit Judge, PLAGER, Senior Circuit Judge, and SCHALL, Circuit Judge.

Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.

**CONSOLIDATED EDISON COMPANY OF NEW YORK, INC., Long Island Lighting Company, Orange and Rockland Utilities Inc., Southern California Edison Company, Pacific Gas & Electric Company, San Diego Gas & Electric Company, International Paper Company, Federal Paper Board Company Inc., Champion International Corporation, And Weyerhauser Company, Plaintiffs–Appellants,**

v.

**Samuel W. BODMAN, Secretary of Energy, and George B. Breznay, Director, Office of Hearings and Appeals, Department of Energy, Defendants–Appellees.**

No. 04–1615.

United States Court of Appeals, Federal Circuit.

May 4, 2005.

Rehearing and Rehearing En Banc Denied July 12, 2005.

Before MAYER, Circuit Judge, PLAGER, Senior Circuit Judge, and SCHALL, Circuit Judge.

Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.

Nicholas J. HESSE, Claimant–Appellant,

v.

R. James NICHOLSON, Secretary of Veterans Affairs, Respondent–Appellee.

No. 04–7179.

United States Court of Appeals, Federal Circuit.

May 5, 2005.

Before MAYER, Circuit Judge, PLAGER, Senior Circuit Judge, and DYK, Circuit Judge.

### Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.

Paul T. URBAN, Jr., Claimant–Appellant,

v.

R. James NICHOLSON, Secretary of Veterans Affairs, Respondent–Appellee.

No. 04–7176.

United States Court of Appeals, Federal Circuit.

May 5, 2005.

Before MICHEL, Chief Judge, LOURIE and BRYSON, Circuit Judges.

### Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.